# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00186-CV

**In re Herman Lee Kindred**

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Herman Lee Kindred, an inmate who has filed numerous petitions for writ of mandamus with this Court, all of which have been denied, has now filed another one. This petition is similar to the other petitions that this Court has already denied. For the reasons previously stated in this Court's prior opinions denying relief,[1] we deny the petition for writ of mandamus.[2]

---

[1] *See In re Kindred*, Nos. 03-17-00047-CV & 03-17-00067-CV, 2017 Tex. App. LEXIS 954, at *1 (Tex. App.—Austin Feb. 3, 2017, orig. proceeding) (mem. op.); *In re Kindred*, No. 03-16-00819-CV, 2016 Tex. App. LEXIS 13156, at *1 (Tex. App.—Austin Dec. 13, 2016, orig. proceeding) (mem. op.); *In re Kindred*, No. 03-16-00550-CV, 2016 Tex. App. LEXIS 9532, at *1-2 (Tex. App.—Austin Aug. 30, 2016, orig. proceeding) (mem. op.); *In re Kindred*, No. 03-16-00481-CV, 2016 Tex. App. LEXIS 7908 (Tex. App.—Austin July 26, 2016, orig. proceeding) (mem. op.); *In re Kindred*, No. 03-16-00423-CV, 2016 Tex. App. LEXIS 7099, at *3 (Tex. App.—Austin July 7, 2016, orig. proceeding) (mem. op.); *see also Kindred v. Stephens*, 2016 U.S. Dist. LEXIS 44449, at *1-6 (W.D. Tex., Apr. 1, 2016) (order); *Kindred v. State*, No. 03-16-00163-CR, 2016 Tex. App. LEXIS 3399 (Tex. App.—Austin Apr. 1, 2016, no pet.) (mem. op., not designated for publication); *Kindred v. State*, No. 03-15-00776-CR, 2016 Tex. App. LEXIS 343 (Tex. App.—Austin Jan. 14, 2016, no pet.) (mem. op., not designated for publication).

[2] *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Goodwin

Filed:   April 13, 2017